# United States District Court
## Violation Notice

CS-2

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6817063 | MP MUNOZ J.A | 2469 |

6817063

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ● USC ☐ State Code |
|---|---|
| 10/25/2017 | 21 U.S CODE 844 |

Place of Offense
VANDERGRIFT BLVD ADJ 202498
CAMP PENDLETON, CA 92055

Offense Description: Factual Basis for Charge          HAZMAT ☐
SIMPLE POSESSION AND POSESSION OF
DRUG PARAPHERNALIA

### DEFENDANT INFORMATION ███████

| Last Name | First Name | M.I |
|---|---|---|
| SANCHEZ | JIMMY | N/A |

████████████████

| Tag No: | Sta- | V.... | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | | N/A |

A ■ IF BOX A IS CHECKED YOU MUST APPEAR IN COURT.
B ☑ IF BOX B IS CHECKED YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

17-    06107      Forfeiture Amount
                 + $30  Processing Fee

PAY THIS AMOUNT →  $    Total Collateral Due

#### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address: 221 WEST BROADWAY, SAN DIEGO 92101 | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Enclosure (1)

(Rev. 09/2015)          Original - CVB Copy

CVB SCAN NOV 21, 2017 15:02

---

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 25 OCT, 20 17 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

SEE ATTACHMENT

17-    06107

The foregoing statement is based upon:

☒ my personal observation    ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/25/2017 _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN NOV 21, 2017 15:02